**Order entered June 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00687-CV

### IN RE GAYLE RENE ROGERS GARCIA, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-16977**

## AMENDED ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

The Court **VACATES** its order issued June 19, 2019.

The Court has before it relator's June 12, 2019 petition for writ of habeas corpus and request for temporary relief. We **GRANT** the request for temporary relief. Pending this Court's determination of relator's petition on the merits, and until further order of this Court, we **ORDER** that relator Gayle Rene Rogers Garcia be released from custody of the Sheriff of Dallas County, Texas only upon posting a good and sufficient cash or surety bond, conditioned as required by law, in the sum of $250.

In the event that relator Gayle Rene Rogers Garcia gives such bond, the Sheriff of Dallas County, Texas is **ORDERED** to immediately forward a certified copy of the bond to the Clerk of this Court. This order releases relator Gayle Rene Rogers Garcia from custody only under the Commitment Order and "Order Enforcing Child Support and Medical Support Obligation With

Commitment," both dated May 3, 2019, issued by the 255th Judicial District Court of Dallas County, Texas in cause number DF-14-16977.

The Court requests that real party in interest and respondent file a response, if any, on or before July 2, 2019.

The Court **DIRECTS** the Clerk to send copies of this order, by electronic transmission, to the Honorable Kim Cooks, Presiding Judge, 255th Judicial District Court; Marian Brown, Dallas County Sheriff; and to counsel for all parties.

/s/    BILL PEDERSEN, III
JUSTICE